## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 05-CR-30209-DRH ) |
| WILLIAM G. CARROLL, | ) Hon. David R. Herndon, Presiding ) |
| Defendant. | ) |

### ORDER

On defendant's motion, the trial of this matter is **CONTINUED** to May 15, 2006. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial. Thus, the time from the date Defendant's motion was filed, March 3, 2006, until the date on which the trial is rescheduled, May 15, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 7th day of March, 2006.

/s/      David   RHerndon
**United States District Judge**